N. V. STOOMVAART MAATSCHAPPIJ
"NEDERLAND", Third-Party
Plaintiff-Appellant,

v.

GTE INTERNATIONAL, INC., Third-Party Defendant-Appellee.

No. 529, Docket 75-7493.

United States Court of Appeals,
Second Circuit.

Argued March 4, 1976.

Decided March 5, 1976.

William M. Kimball, New York City (Hervey C. Allen, Michael Marks Cohen and Burlingham, Underwood & Lord, New York City, on the brief), for appellant.

Sidney A. Schwartz, Joseph Arthur Cohen, and Alexander, Ash, Schwartz & Cohen, New York City, submitted a brief for appellee.

Before KAUFMAN, Chief Judge, and SMITH and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm the judgment below on the basis of the district court's opinion, 411 F.Supp. 331, except to the extent that it relies upon the Carriage of Goods by Sea Act, 46 U.S.C. § 1304(3). We consider the common law principles of tort and agency

---

sufficient to support the conclusion that the shipper was not liable unless it or its agents were negligent. Accordingly, we need not pass upon the district court's holding that § 1304(3) precludes GTE from being held liable to Nederland for the injury caused by the negligence of Ainslie.